BRUNO SCHWALLER *v.* THE ZONING COMMISSION
OF THE TOWN OF SOUTHBURY

The plaintiff's petition for certification for appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*William L. Tobin,* in support of the petition.
*James H. W. Conklin II,* in opposition.

Submitted June 5—decided June 18, 1975

---

YALE UNIVERSITY ET AL. *v.* BOARD OF ALDERMEN
OF THE CITY OF NEW HAVEN

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Roger J. Frechette,* corporation counsel, in support of the petition.
*Robert F. Cavanagh,* in opposition.

Submitted June 17—decided June 25, 1975

---

POST-BENSON CORPORATION *v.* TOWN PLAN AND
ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The plaintiff's petition for certification and the supplement thereto for appeal from the Court of Common Pleas in Fairfield County is denied.

*Lawrence P. Weisman,* in support of the petition.
*Aaron B. Schless,* assistant town attorney, in opposition.